Mark E. Ellis - 127159
June D. Koper - 191890
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone:   (916) 565-0300
Facsimile:   (916) 565-1636

Attorneys for Defendant ESKANOS & ADLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA TILTON,<br><br>    Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, A PROFESSIONAL CORPORATION,<br><br>    Defendants. | Case No.: C05-3144 SC<br><br>**STIPULATION AND DISMISSAL WITH PREJUDICE** |

Plaintiff CYNTHIA TILTON hereby dismisses the above action with prejudice.

Date: May 31, 2006

_____
MARCO P. QUINTANA
Attorneys for Plaintiff
CYNTHIA TILTON

Defendant ESKANOS & ADLER does not oppose Plaintiff's dismissal with prejudice.

Dated: May 31, 2006

_____
JUNE D. KOPER
MURPHY, PEARSON, BRADLEY & FEENEY
Attorney for Defendant
ESKANOS & ADLER, A PROFESSIONAL CORPORATION

FDW10323334.doc

IT IS SO ORDERED
Judge Samuel Conti

- 1 -
STIPULATION AND DISMISSAL